Luis Manuel VALADEZ–LOPEZ, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 05–73256.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 28, 2008.

Brian D. Lerner, Esq., Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, William C. Erb, Jr., Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Luis Manuel Valadez–Lopez, a native and citizen of Mexico, petitions for review

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**614**

of an order of the Board of Immigration Appeals ("BIA") denying his application for relief under former section 212(c) of the Immigration and Nationality Act. To the extent we have jurisdiction, it is pursuant to 8 U.S.C. § 1252. *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir. 2006). We dismiss the petition for review in part and deny it in part.

We lack jurisdiction to review the BIA's discretionary decision to deny Valadez–Lopez former section 212(c) relief. *See* 8 U.S.C. § 1252(a)(2)(B)(ii); *Ramadan v. Gonzales,* 479 F.3d 646, 654 (9th Cir.2007) (per curiam) (stating that the REAL ID Act "does not restore jurisdiction over discretionary determinations").

We are unpersuaded by Valadez–Lopez's contention that the BIA made impermissible factual findings in his case. *See* 8 C.F.R. § 1003.1(d)(3)(i)-(ii).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.